

# Fourth Court of Appeals

San Antonio, Texas

August 25, 2020

No. 04-20-00346-CV

**IN THE INTEREST OF J.V.O. AND J.R.O.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02697
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant filed a Statement of Inability to Afford Payment of Court Costs on July 20, 2020. On July 24, 2020, we ordered that if any party, the clerk, or the court reporter sought to require appellant to pay the costs to prepare the appellate record, they must file a motion in the trial court by August 10, 2020 that complied with Texas Rule of Civil Procedure 145(f). We further ordered a copy of the motion be filed with this court. No such motion was filed in the trial court or in this court. However, on August 4, 2020, the trial court clerk filed a notification of late record, stating the record would not be filed because appellant had not paid the fee for the record and is not entitled to the record without paying the clerk's fee.

Appellant is entitled to a free appellate record under Rule 145. We therefore order the trial court clerk to file clerk's record by **September 9, 2020.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court